# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 27 MM 2022
:
Respondent :
:
:
:
v. :
:
:
:
JEFFREY ALLEN REID, JR., :
:
Petitioner :

## **ORDER**

**PER CURIAM**

**AND NOW**, this 10th day of June, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.